IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

NOV 21 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| CAROLE ANNE MCINTYRE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. PJM 95-190 |
| BISHOP L. ROBINSON, et al., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| STEPHEN M. JOHNSON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. PJM 94-2871 |
| BISHOP L. ROBINSON, et al., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| DESMOND MALCOLM, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. PJM 98-4109 |
| PARRIS GLENDENING, et al., | * | |
| Defendants. | * | |

## **O R D E R**

For the reasons set forth in the accompanying Opinion, it is this 21st day of November, 2000

ORDERED:

1) Plaintiffs' Motion for Summary Judgment is DENIED;

2) Defendants' Supplemental Motion to Dismiss or, in the Alternative, for Summary Judgment is GRANTED IN PART and DENIED IN PART;

3) Specifically, Defendants' Supplemental Motion is DENIED as to their liability for declaratory and injunctive relief and as to Plaintiffs' claims for damages based on Plaintiffs' existing medical conditions and the effects of different levels of ETS on those conditions. Defendants' Motion is GRANTED as to Plaintiffs' claims for damages based on the creation of an unreasonable risk of future harm by exposure to ETS;

4) All other pending Motions are rendered MOOT.

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE