IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLE ANN MCINTYRE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. PJM 95-190 **(lead** |
| ) | **case number)** |
| ) | Civil Action No. PJM 94-2871 |
| JAMES CARTER, *et al.*, ) | Civil Action No. PJM 98-4109 |
| ) | |
| Defendants. ) | |

### RULE 111.1 ORDER

The Court has been advised by the parties that the above actions have been settled, including all counterclaims, cross-claims, and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1, it is, this 17 day of July, 2001,

ORDERED that these actions are hereby DISMISSED, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen these actions if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

It is further ORDERED, that the Clerk of the Court shall mail copies of this Order to counsel of record.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE